UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>                      Plaintiff,<br><br>v.<br><br>CURRIER, *et al.*,<br><br>                      Defendants. | Case No. 3:23-CV-00068-CLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME**<br><br>[ECF No. 28] |

      Before the Court is Defendants Donna Abram, Holly Crosby, Karissa Currier, Bob Faulkner, Nowell Granados, Michael Minev, and Symour Omandac's (collectively referred to as "Defendants") motion for a 60-day extension of time to file dispositive motions. (ECF No. 28.) Defendants assert good cause exists to warrant the requested extension, as Defense counsel was recently assigned to a four-day jury trial that begins October 29, 2024, and the requested extension would allow counsel sufficient time to gather and review all documentation necessary to file a proper and complete motion for summary judgment. (*Id.*)

      Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) the court may, for good cause, extend time if a request is made before the original time expires. The good cause inquiry focuses primarily on the movant's diligence. *DRK Photo v. McGraw-Hill Global Educ. Holdings, LLC*, 870 F.3d 978, 989 (9th Cir. 2017).

      Having reviewed the motion, the Court finds that good cause exists to warrant granting an extension but finds that a 60-day extension is not warranted and instead will grant a 30-day extension. Accordingly, the motion, (ECF No. 28), is **granted in part and denied in part**. Defendants shall file their dispositive motions by no later than **November 15, 2024**.

      **DATED**: October 15, 2024

                                                               **UNITED STATES MAGISTRATE JUDGE**